IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 DEC 10 PM 4: 02
DEPUTY CLERK _____

| | | |
|---|---|---|
| STEVEN EDWARD BOYD, | § | |
| Petitioner, | § | |
| v. | § | 2:15-CV-0308 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DISMISSING CASE

Petitioner tendered to this Court a pleading entitled "Notice of Appeal Denial of Mandamus Relief" which resulted in a federal habeas corpus proceeding being opened. In a subsequent pleading, however, petitioner clarified that he was "not attempting to initiate a federal habeas corpus proceeding under 28 U.S.C. § 2254," but was "actually seek[ing] review of the [state] court of appeals for the Seventh District's denial of mandamus relief." On November 24, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that this case be dismissed for lack of jurisdiction. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, this case is DISMISSED.

IT IS SO ORDERED.

ENTERED this ___10th___ day of ___December___ 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE